UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>      Defendants. | Civil Action No. 24-0281 (ABJ) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's March 5, 2024 Minute Order, Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit the following Status Report. Defendants report as follows:

1. This case concerns two Freedom of Information Act ("FOIA") requests that Plaintiff Citizens United submitted to State and DoD respectively, each of which sought communications between identified custodians. Compl. (ECF No. 1) ¶¶ 11, 15.

2. State has identified records potentially responsive to Plaintiff's request and proposes processing 300 pages of these records each month.

3. State will make its first release of any non-exempt, reasonably segregable portions of responsive record on April 19, 2024.

4. Since answering Plaintiff's complaint, DoD has begun searching for records potentially responsive to Plaintiff's request but cannot yet estimate how many potentially responsive records it has or how long it will take to process those records.

5.	Defendants respectfully propose that the parties file a joint status report in sixty days, on or before June 3, 2024 updating the Court on the processing of records responsive to Plaintiffs' requests.

Dated: April 3, 2024
           Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By:  /s/ *John J. Bardo*
            JOHN J. BARDO
            D.C. Bar # 1655534
            Assistant United States Attorney
            601 D Street, NW
            Washington, DC 20530
            (202) 870-6770

        *Attorneys for the United States of America*