UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

               Plaintiff,

     v.

U.S. DEPARTMENT OF STATE, et al.,

          Defendants.

Civil Action No. 24-0281 (ABJ)

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's April 10, 2024 Minute Order, Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit the following Status Report.  Defendants report as follows:

1.     This case concerns two Freedom of Information Act ("FOIA") requests that Plaintiff Citizens United submitted to State and DoD respectively, each of which sought communications between identified custodians.  Compl. (ECF No. 1) ¶¶ 11, 15.

2.     As previously agreed, State is processing 300 pages of potentially responsive records each month.  Since the last status report (ECF No. 5), State produced nonexempt portions of responsive records on April 19, 2024 and May 20, 2024.  The April 19 production contained seventy-seven pages of records and the May 20 production contained ten pages of records.

3.     State will continue to process 300 pages of potentially responsive records each month until production is complete.

4.     DoD has located potentially responsive records and is reviewing those records for responsiveness.  DoD anticipates that it will be able to advise Plaintiff of the number of responsive records within the next thirty days.

5.     Defendant respectfully proposes filing another status report in sixty days, on or before August 2, 2024 updating the Court on the processing of records responsive to Plaintiffs' requests.

Dated: June 3, 2024
          Washington, DC

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar #481052
                                        United States Attorney

                                        BRIAN P. HUDAK
                                        Chief, Civil Division

                                        By: /s/ John J. Bardo
                                             JOHN J. BARDO
                                             D.C. Bar # 1655534
                                             Assistant United States Attorney
                                             601 D Street, NW
                                             Washington, DC 20530
                                             (202) 870-6770

                                        *Attorneys for the United States of America*

2