UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>        Defendants. | Civil Action No. 24-0281 (ABJ) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's August 2, 2024 Minute Order, Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit the following status report. Defendants report as follows:

1. This case concerns two Freedom of Information Act ("FOIA") requests that Plaintiff Citizens United submitted to State and DoD respectively, each of which sought communications between identified custodians. Compl. (ECF No. 1) ¶¶ 11, 15.

2. State continues to process at least 300 pages of potentially responsive records each month. Since the last Status Report (ECF No.7), State made productions on August 19, 2024 and September 19, 2024. State anticipates making its next production on October 21, 2024.

3. As previously reported, DoD identified eighty-three pages of responsive records. Those records are under consult with other government agencies.

4. Defendants respectfully propose filing another status report in sixty days, on or before December 2, 2024, updating the Court on the processing of records responsive to Plaintiffs' requests.

Dated: October 1, 2024
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ *John J. Bardo*
JOHN J. BARDO
D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*