UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>        Defendants. | Civil Action No. 24-0281 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's January 31, 2025 Minute Order, Plaintiff Citizens United and Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit the following status report. Defendants report as follows:

1. This case concerns two Freedom of Information Act ("FOIA") requests that Plaintiff Citizens United submitted to State and DoD respectively, each of which sought communications between identified custodians. Compl. (ECF No. 1) ¶¶ 11, 15.

2. State continues to process at least 300 pages of potentially responsive records each month. Since the last Status Report (ECF No. 9), State made productions on February 19, 2025, and March 19, 2025. State anticipates making its next production on April 21, 2025.

3. On March 28, 2025, DoD released non-exempt reasonably segregable portions of the eighty-three pages of records responsive to Plaintiff's request that were under consults with other government agencies. DoD's processing of this request is now complete.

4. The parties respectfully propose filing their next joint status report in sixty days, on June 2, 2025.

Dated: April 1, 2025
      Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*