UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, et al., <br><br> Defendants. | Civil Action No. 24-0281 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 4, 2025 Minute Order, Plaintiff Citizens United and Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit the following joint status report. The parties report as follows:

1. This case concerns two Freedom of Information Act ("FOIA") requests that Plaintiff Citizens United submitted to State and DoD respectively, each of which sought communications between identified custodians. Compl. (ECF No. 1) ¶¶ 11, 15.

2. Since the last Status Report (ECF No. 12), State provided interim responses on June 20, 2025 and July 18, 2025. State anticipates making its next production on August 19, 2025.

3. State has fifteen records remaining to be processed in this case, consisting of 205 pages. All remaining records are pending internal clearances and external consultations. State is prepared to process all records as they return from consults but has no control over the rate at which external agencies return records sent for consultation. State will continue to check in with those external agencies and encourage timely responses, but for the foregoing reasons cannot commit to a timeline for when it will complete processing of responsive records in this case.

4. As previously reported, DoD made its first and only production on March 28, 2025.

5. The parties respectfully propose filing another joint status report in sixty days on October 3, 2025.

| | |
|---|---|
| Dated: August 4, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Jeremiah L. Morgan*<br>Jeremiah L. Morgan<br>(D.C. Bar No. 1012943)<br>William J. Olson<br>(D.C. Bar No. 233833)<br>William J. Olson, P.C.<br>370 Maple Avenue West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (telephone)<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | By: */s/ John J. Bardo*<br>    JOHN J. BARDO, D.C. Bar #1655534<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 870-6770<br><br>*Attorneys for the United States of America* |