UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>           Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>           Defendants. | Civil Action No. 24-0281 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 6, 2025 Minute Order, Plaintiff Citizens United and Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit the following joint status report. The parties report as follows:

1. This case concerns two Freedom of Information Act ("FOIA") requests that Plaintiff Citizens United submitted to State and DoD respectively, each of which sought communications between identified custodians. Compl. (ECF No. 1) ¶¶ 11, 15.

2. Since the last Status Report (ECF No. 12), State provided interim responses on August 19, 2025 and September 18, 2025. State anticipates making its next production on December 12, 2025.

3. State reports there are six records remaining to be processed in this case, consisting of 182 pages. All external consultations are complete. State anticipates completing processing in this case possibly within the next two production cycles.

4. As previously reported, DoD made its first and only production on March 28, 2025.

5. The parties respectfully propose filing another joint status report in sixty days on January 26, 2026.

Dated: November 25, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

  /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*