UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>      Defendants. | Civil Action No. 24-0281 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's January 27, 2026 Minute Order, Plaintiff Citizens United and Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit this status report. Defendants anticipate that they will complete processing of the remaining four records within the next four weeks.

Dated: February 3, 2026
      Washington, DC

  /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*