UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED,<br><br>         Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>         Defendants. | Civil Action No. 24-0281 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's February 4, 2026 Minute Order, Plaintiff Citizens United and Defendants the U.S. Department of State ("State") and the U.S. Department of Defense ("DoD") (collectively "Defendants") respectfully submit this status report.  Defendants have finished processing records responsive to Plaintiff's FOIA request, withholding the final four records in their entirety.  Plaintiff has requested that State provide a Vaughn Index for those four records, which State will provide.

Accordingly, the parties respectfully propose filing another joint status report in sixty days on May 12, 2026, on the progress of the parties' discussions.

\*     \*     \*

Dated: March 13, 2026
　　Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

　　*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

By: */s/ John J. Bardo*
　　JOHN J. BARDO, D.C. Bar #1655534
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 870-6770

*Attorneys for the United States of America*

*Counsel for Plaintiff*