UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS UNITED,

      Plaintiff,

    v.                                                      Civil Action No. 24-0281 (SLS)

U.S. DEPARTMENT OF STATE, et al.,

      Defendants.

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's May 7, 2026 Minute Order, Plaintiff Citizens United respectfully submits this status report.  Plaintiff has reviewed Defendant State Department's Vaughn index that was provided on May 6, 2026, and does not intend to challenge the justification for withholding the documents identified in that Vaughn index.  Plaintiff and Defendants are discussing settlement of plaintiff's claim for attorney's fees and costs, the only remaining issue in this case.

Accordingly, Plaintiff respectfully proposes that the parties file another joint status report in 30 days on June 17, 2026, on the progress of the parties' discussions.

Dated: May 18, 2026                    Respectfully submitted,

        */s/ Jeremiah L. Morgan*
        Jeremiah L. Morgan (D.C. Bar No. 1012943)
        William J. Olson  (D.C. Bar No. 233833)
        WILLIAM J. OLSON, P.C.
        370 Maple Avenue West, Suite 4
        Vienna, VA 22180-5615
        703-356-5070 (telephone)
        jmorgan@lawandfreedom.com
        *Counsel for Plaintiff*